UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.  3:25-cr-81-WWB-LLL
18 U.S.C. § 871
(Threat to Kill President
of the United States)

EDWARD RAYMOND MELLOR

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Threat to Kill President of the United States)

On or about April 1, 2025, in the Middle District of Florida, and elsewhere, the

defendant,

## EDWARD RAYMOND MELLOR,

did knowingly and willfully make a threat to take the life of the President of the United

States, specifically, that he wanted to assassinate the President and was going to kill

the President, with the intent to communicate a true threat of violence and with

recklessness as to whether the communication would be viewed as a true threat of

violence.

In violation of 18 U.S.C. § 871(a).

A TRUE BILL,

███████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: KELLY S. MILLIRON
KELLY S. MILLIRON
Assistant United States Attorney

By: DANIEL J. MARCET
DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security

2

FORM OBD-34
4/9/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## EDWARD RAYMOND MELLOR

INDICTMENT

Violations:   18 U.S.C. § 871(a)

A true bill,

███████████████████

Foreperson

Filed in open court this __9th__ day

of April, 2025.

_____Barbara _____

Clerk

Bail   $_____