United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:25-cr-81-WWB-LLL

**EDWARD RAYMOND MELLOR**
_____

**Report and Recommendation Concerning Plea of Guilty**

The defendant consented to appear before me under Federal Rule of Criminal Procedure 11 and Local Rule 1.02 (a), Middle District of Florida, and plead guilty to count one of the indictment. After cautioning the defendant and examining him under oath concerning each Rule 11 matter, I determined that the guilty plea was knowingly, freely, intelligently, and voluntarily made, and that there is a factual basis for each element of the charged offense. I recommend that the Court accept the defendant's plea and adjudicate him guilty. The parties agreed to waive the objection period to this report and recommendation.

**Entered** in Jacksonville, Florida, on September 23, 2025.



/s/ Laura Lothman Lambert
*United States Magistrate Judge*

c:
Honorable Wendy W. Berger, United States District Judge
Chloe Swinton, Courtroom Deputy
Kelly Milliron, Assistant United States Attorney
Waffa Hanania, Esquire
United States Probation

**Notice**

Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. *See* Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.