# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 3:25-cr-81-WWB-LLL

**EDWARD RAYMOND MELLOR**

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. 51) filed on September 23, 2025. United States Magistrate Judge Laura Lothman Lambert recommends that the Court accept Defendant's plea of guilty, that the Defendant be adjudicated guilty, and that the Court impose sentence at a sentencing hearing.

After an independent *de novo* review of the record and noting that the parties waived the 14-day objection period to the Report and Recommendation, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 51) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The plea is accepted.
3. Defendant is hereby adjudicated guilty as to Count One of the Indictment (Doc. 1).

4. Sentencing for the Defendant is hereby scheduled for **January 12, 2026, at 11:00 A.M.**, before the undersigned in the United States Courthouse, Courtroom No. 12A, Twelfth Floor, 300 North Hogan Street, Jacksonville, Florida 32202.

**DONE and ORDERED** in Jacksonville, Florida on October 7, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services